THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03261-RPM

MARLENA HARRIS,

      Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

      Defendant.
_____

ORDER OF DISMISSAL
_____

      Pursuant to the Stipulation of Dismissal [10], it is

      ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

      Dated:   May 16th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge